# *United States District Court*
### Southern District of Ohio

## JUDGMENT IN A CIVIL CASE

**Margaret C. Dipenti, et al.,**

    **Plaintiffs,**

        v.                **Case Number: 2:07-cv-1220**
                                    **Judge Smith**
                                    **Magistrate Judge Kemp**

**Nationwide Benefits Administrative Committee,**

    **Defendants.**

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[ X ]    **Decision by Court.** This action was decided by the Court without a trial or hearing.

    **IT IS ORDERED AND ADJUDGED**

    Pursuant to and Order dated March 18, 2009, the Court DENIES Plaintiffs' Motion for Summary Judgment, GRANTS Defendant's Motion for Judgment on the Administrative Record and GRANTS Defendant's Motion to Strike the Affidavit of Margaret DiPenti.

**March 18, 2009**                                        **s/JAMES BONINI**
**Date**                                                          **Clerk**


                                                                      *s/Lisa V. Wright*
                                                                      **(By) Deputy Clerk**